# CASE ANNOUNCEMENTS

*September 26, 2008*

[Cite as *09/26/2008 Case Announcements,* 2008-Ohio-4880.]

## MOTION AND PROCEDURAL RULINGS

**2007–2443.   State v. Pasqualone.**
Ashtabula App. No. 2007–A–0005, 2007-Ohio-6725. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. Upon consideration the motion for leave of amicus curiae, Office of the Ohio Attorney General, to participate in oral argument scheduled for Wednesday, October 8, 2008, in support of appellant,

It is ordered by the court that the motion is granted and amicus curiae shall share the time allotted to appellant.

**2008–1842.   State ex rel. Myles v. Brunner.**
In Mandamus. This cause is pending before the court as an original action involving an expedited election matter. Upon consideration of relator's motion to waive S.Ct.Prac.R. VIII(5)(A)(8),

It is ordered by the court that the motion is denied in part. Relator shall file seven copies of the evidence within two days of the date of this entry.

## MISCELLANEOUS DISMISSALS

**2008–1310.   Williamson v. Walles.**
Lucas App. No. L–08–1010, 2008-Ohio-3847. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.